IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM DEAN CARPENTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-08-991-C |
| | ) | |
| OKLAHOMA COUNTY DISTRICT COURT, | ) ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Doyle W. Argo, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).  Judge Argo entered a Report and Recommendation on January 14, 2009, to which Petitioner has objected.  The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again.  In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and offers no argument of fact or law which would permit a result contrary to that recommended by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed.

IT IS SO ORDERED this 17th day of February, 2009.

ROBIN J. CAUTHRON
United States District Judge